IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL -6 2010

GREGORY C. LANGHAM
CLERK

Civil Action No. 10-cv-01560-BNB

MICHAL F. DELYRIA, # 147641

    Applicant,

v.

ARI ZAVARAS, Colo. Dept. Of Corrections,
STATE OF COLORADO, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

---

## ORDER DIRECTING APPLICANT TO FILE AMENDED APPLICATION

---

Applicant Michal F. Delyria is a prisoner in the custody of the Colorado Department of Corrections and is incarcerated at the Colorado Correctional Center in Golden, Colorado. Mr. Delyria, acting *pro se*, filed an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254. The Court must construe the Application liberally because Mr. Delyria is a *pro se* litigant. See *Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). The Court, however, should not act as a *pro se* litigant's advocate. See *Hall*, 935 F.2d at 1110. For the reasons stated below, Mr. Delyria will be ordered to file an Amended Application.

Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts requires that Mr. Delyria go beyond notice pleading. See *Blackledge v. Allison*, 431 U.S. 63, 75 n.7 (1977). Naked allegations of constitutional violations devoid of factual support are not cognizable in a federal habeas action. See *Ruark v.*

*Gunter*, 958 F.2d 318, 319 (10th Cir. 1992) (per curiam). Mr. Delyria must allege **on the Court-approved form** both the claims he seeks to raise and the specific facts to support each asserted claim. The Court has reviewed the Application submitted to the Court on June 23, 2010, and finds that it is deficient. Mr. Delyria fails to assert on Pages Five and Six a statement of the claims he intends to raise in this Court.

The Court is not responsible for reviewing any attached documents submitted by Mr. Delyria to determine what claims and specific facts he intends to raise in the instant action. Therefore, Mr. Delyria will be ordered to file an Amended Application in which he identifies, **on the Court-approved form**, all the specific claims for relief that he is asserting, and in which he provides specific facts in support of each asserted claim.

Mr. Delyria also is instructed that pursuant to 28 U.S.C. § 2243 an application for writ of habeas corpus is directed to the **person** who has custody of the detained person. Therefore, the State of Colorado is not a properly named respondent. Mr. Delyria is directed to name only the custodian of the facility where he is incarcerated as respondent in the 28 U.S.C. § 2241 Application. Accordingly, it is

ORDERED that Mr. Delyria file **within thirty days from the date of this Order** an Amended Application that complies with the Order. It is

FURTHER ORDERED that the Clerk of the Court mail to Mr. Delyria, together with a copy of this Order, two copies of the following form: Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254. It is

FURTHER ORDERED that if Mr. Delyria fails within the time allowed to file an Amended Application, as directed above, the action will be dismissed without further

notice.

DATED at Denver, Colorado, this 6th day of July, 2010.

BY THE COURT:

*s/Craig B. Shaffer*
Craig B. Shaffer
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-01560-BNB

Michal F. Delyria
Prisoner No. 147641
Colorado Corr. Center
P.O. Box 4020
Golden, CO 80401

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 form** to the above-named individuals on 7/6/10

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk