IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01560-BNB

MICHAL F. DELYRIA, # 147641

Applicant,

v.

ARI ZAVARAS, Colo. Dept. of Corrections,
TRAVIS TRANI, Warden of Denver Complex, CCC. Colo. Dept. of Corrections, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 17 2010

GREGORY C. LANGHAM
                    CLERK

## ORDER TO FILE PRE-ANSWER RESPONSE

Applicant, Michal Delyria, is a prisoner in the custody of the Colorado Department of Corrections. He has filed *pro se* an Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 challenging his 2007 state court convictions and sentences in the Archuleta County District Court. On July 1, 2010, Magistrate Judge Craig Shaffer entered an Order Directing Clerk to Commence Civil Action and Granting Applicant Leave to Proceed Pursuant to 28 U.S.C. § 1915. On July 6, 2010, Magistrate Judge Shaffer ordered Mr. Delyria to file an amended Application setting forth his claims for relief, with supporting facts. Applicant filed an amended § 2254 Application on July 19, 2010.

As part of the preliminary consideration of Mr. Delyria's amended § 2254 Application, and pursuant to *Denson v. Abbott*, 554 F. Supp. 2d 1206 (D. Colo. 2008), the Court has determined that a limited Pre-Answer Response is appropriate. Respondents are therefore directed to file a Pre-Answer Response limited to

addressing the affirmative defenses of timeliness under 28 U.S.C. § 2244(d) and/or exhaustion of state court remedies under 28 U.S.C. § 2254(b)(1)(A). *See* Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts. If Respondents do not intend to raise either of these affirmative defenses, they must notify the Court of that decision in the Pre-Answer Response. Respondents may not file a dispositive motion as their Pre-Answer Response, or an Answer, or otherwise address the merits of the claims in response to this Order.

In support of the Pre-Answer Response, Respondents should attach as exhibits all relevant portions of the state court record, including but not limited to copies of all documents demonstrating whether this action is filed in a timely manner and/or whether Applicant has exhausted state court remedies.

Applicant may reply to the Pre-Answer Response and provide any information that might be relevant to the one-year limitation period under 28 U.S.C. § 2244(d) and/or the exhaustion of state court remedies. Applicant also should include information relevant to equitable tolling, specifically as to whether he has pursued his claims diligently and whether some extraordinary circumstance prevented him from filing a timely 28 U.S.C. § 2254 action in this Court. Accordingly, it is

ORDERED that **within twenty-one days from the date of this Order** the Respondents shall file a Pre-Answer Response that complies with this Order. It is

FURTHER ORDERED that **within twenty-one days of the filing of the Pre-Answer Response** Applicant may file a Reply, if he desires. It is

FURTHER ORDERED that if Respondents do not intend to raise either of the

affirmative defenses of timeliness or exhaustion of state court remedies, they must notify the Court of that decision in the Pre-Answer Response.

DATED August 17, 2010, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CERTIFICATE OF MAILING

Civil Action No. 10-cv-01560-BNB

Michal F. Delyria
Prisoner No. 147641
Colorado Correctional Center
PO Box 4020
Golden, CO 80401

Ari Zavaras, and Travis Trani
c/o Keith Nordell
Colorado Department of Corrections
Office of Legal Affairs
**DELIVERED ELECTRONICALLY**

John Suthers, Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**

Paul Sanzo, Asst. Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Keith Nordell for service of process on Ari Zavaras, and Travis Trani: and to John Suthers: AMENDED APPLICATION FOR WRIT OF HABEAS CORPUS FILED 7/19/10 on  8/17/10 .

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk