IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 22 2010

GREGORY C. LANGHAM
CLERK

Civil Action No. 10-cv-01560-BNB

MICHAL F. DELYRIA, # 147641

    Applicant,

v.

ARI ZAVARAS, Colo. Dept. of Corrections,
TRAVIS TRANI, Warden of Denver Complex, CCC. Colo. Dept. of Corrections, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

---

ORDER TO SUPPLEMENT PRE-ANSWER RESPONSE

---

Applicant, Michal Delyria, is a prisoner in the custody of the Colorado Department of Corrections and is currently incarcerated at the Colorado Correctional Center in Golden, Colorado. Mr. Delyria initiated this action on June 22, 2010 by submitting *pro se* an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254. He filed an amended Application on July 19, 2010.

As part of the preliminary consideration of the amended Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 in this case, the Court determined that a limited pre-answer response was appropriate. Therefore, on August 17, 2010, Respondents were directed, pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts and pursuant to *Denson v. Abbott*, 554 F. Supp. 2d 1206 (D. Colo. 2008), to file a pre-answer response limited to addressing the affirmative defenses of timeliness under 28 U.S.C. § 2244(d) and/or exhaustion of state

court remedies under 28 U.S.C. § 2254(b)(1)(A). Respondents submitted their pre-answer response on August 26, 2010. Applicant filed a reply the same day.

The Court has reviewed the Pre-Answer Response and has determined that a supplement is required. Although Respondents were directed to submit with the Pre-Answer Response any relevant state court documents to support the defenses of timeliness and failure to exhaust, Respondents have failed to submit as exhibits all relevant portions of the state court record. Instead, Respondents have submitted a listing of minute orders for proceedings in Archuleta District Court Case Nos. 07CR27 and 07CR102.

Respondents assert that Mr. Delyria has failed to exhaust state court remedies for his claim challenging the trial court's imposition of a mandatory parole sentence as a violation of the constitutional protection against double jeopardy. However, both the Application and Respondent's exhibit reflect that Mr. Delyria filed a Motion to Vacate Mandatory Parole in Case No. 07CR27 on May 17, 2010, which was denied by the state trial court on August 18, 2010. Pre-Answer Resp. Ex. A at 9-10. Mr. Delyria characterizes this motion as a motion to correct illegal sentence under Colo. Crim. P. Rule 35(a). *See* Application at 4. The Court cannot determine whether Mr. Delyria's § 2254 Application should be dismissed without prejudice as unexhausted or whether his claims are procedurally defaulted without reviewing the Motion to Vacate Mandatory Parole and without information concerning whether Mr. Delyria appealed the order denying his Motion. Therefore, Respondents will be directed to file a supplement to the Pre-Answer Response and to provide the requested documentation and information as

discussed in this order. Respondents should also raise any additional arguments concerning exhaustion and procedural default that they deem applicable. Accordingly, it is

ORDERED that **on or before October 6, 2010** Respondents shall file a supplement to the pre-answer response that complies with this order. It is

FURTHER ORDERED that **within twenty-one days of the filing of the Supplement to the Pre-Answer Response** Applicant may file a reply, if he desires.

DATED September 22, 2010, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-01560-BNB

Michal F. Delyria
Prisoner No. 147641
Colorado Corr. Center
P.O. Box 4020
Golden, CO 80401

Rebecca A. Adams
Assistant Attorney General
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 9/22/10

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk